UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-17-02 |
| Plaintiff, | Hon. Robert J. Jonker<br>Chief U.S. District Judge |
| v. | |
| JORDAN MICHAEL KOSKINEN, | |
| Defendant. | |

## **ORDER**

Defendant appeared before the undersigned on August 22, 2019, and moved for release on bond pursuant to Fed. R. Crim. P. 32.1(a)(6), which requires Defendant to prove by clear and convincing evidence that he will not flee or pose a danger to any other person or the community. Defendant sought temporary release for the purpose of getting his affairs in order.

For reasons stated on the record, the Court respectfully denies Defendant's motion for temporary release.

Defendant shall remain detained pending further proceedings.

IT IS ORDERED.

Date: August 22, 2019

/s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE