UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-17-02 |
| Plaintiff, | Hon. Robert J. Jonker<br>Chief U.S. District Judge |
| v. | |
| JORDAN MICHAEL KOSKINEN, | |
| Defendant. | |
| _____/ | |

## ORDER OF DETENTION

Defendant appeared before the undersigned on October 6, 2020 for initial appearance on the Amended Probation Petition for Offender Under Supervision. (ECF No. 167.) Defendant was advised of his rights and the violations, as required by Fed. R. Crim. P. 32.1.

Defendant reserved his right to detention and preliminary hearings at a later time.

Defendant will remain detained pending further proceedings.

IT IS ORDERED.

Date:   October 6, 2020              /s/ *Maarten Vermaat*
                                     MAARTEN VERMAAT
                                     U.S. MAGISTRATE JUDGE